In the Matter of the Application for the Appointment of a Committee of the Person and Property of SARA M. FRANK, an Alleged Incompetent Person. BERTHA BRODLEY, Petitioner, Respondent; SARA M. FRANK, Appellant; JOHN F. KEATING,

Special Guardian, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.